UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

BARBARA KUCINICH,

    Plaintiff,

v.           Case No: 5:24-cv-171-JSM-PRL

JEFFREY L. PICCIRILLO and REGEN OCALA,

    Defendants.

## ORDER OF DISMISSAL

A review of the case reveals that Plaintiff has failed to prosecute this action in accordance with this Court's Order (Dkt. 44) entered on March 3, 2025. It is therefore

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed without prejudice.

2. All pending motions, if any, are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 19th day of March, 2025.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record